UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DALE TEDESCO,<br><br>Plaintiff,<br><br>v.<br><br>L. KNIFE & SON, INC., SEABOARD PRODUCTS INCORPORATED, and KELLY DUPONT,<br><br>Defendants. | Civil Action No. 06-10213-JLT |

ORDER
March 18, 2008

TAURO, J.

After considering the relevant submissions, this court hereby GRANTS Defendants' Motion for Summary Judgment [#18].

IT IS SO ORDERED.

                                                  /s/ Joseph L. Tauro
                                                 United States District Judge